PETER J. TOMAO, ESQ.
600 OLD COUNTRY ROAD
SUITE 328
GARDEN CITY, NY 11530

TELEPHONE: (516) 877-7015
ptomao@tomaolaw.com

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

March 18, 2022

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 839.

Dated: March 23, 2022
New York, New York

> Re: United States v. Ewald Antoine
>     Docket No. 16 Cr 763 (LGS)
>     Our File No. 728.22

Dear Judge Schofield:

    I write on behalf of my client, Ewald Antoine, to request that the Court amend the conditions of his supervised release to permit him to travel to Montreal, Canada, to attend a memorial service for his aunt and to visit the grave of his father who was buried while Dr. Antoine was incarcerated. I have consulted with US Probation Officer Vincent Danielo, who advised me that the Probation Department has no object to Dr. Antoine's traveling to Canada. AUSA Lewis also advised me that the government does not object to this request.

    Your Honor sentenced Dr. Antoine on August 21, 2018, after a plea of guilty to Conspiracy to Commit Health Care Fraud, in violation of 18 USC 1349, to one year and one day custody, which he completed, to be followed by a three-year term of supervised release. The Court also ordered him to pay restitution, on which he is making payments.

    USPO Danielo advised me that Dr. Antoine commenced supervision on August 21, 2019, and will complete the term on August 20, 2022.

    If the Court grants this application, he would travel to Montreal and return in the first two weeks of May. He anticipates staying with family in Montreal or possibly a local hotel. He would provide USPO Danielo with the exact dates and details of his trip.

Respectfully submitted,

s/ *Peter J. Tomao*

Peter J. Tomao

cc.: AUSA David Lewis (By ECF and By Email)
    USPO Danielo (By Email)